Louisiana Container Company, Inc. 2019
Balance Sheet
December 31, 2019

## ASSETS

| | | | |
|---|---|---|---|
| **Current Assets** | | | |
| Cash on Hand | $ | (2,788.56) | |
| Regular Checking Account | | 33,488.13 | |
| Payroll Checking Account | | 90,484.83 | |
| Special Account | | (182.50) | |
| Accounts Receivable | | 79,795.91 | |
| Employee Advances | | 575.00 | |
| Other Receivables | | (1,000.00) | |
| | | | |
| Total Current Assets | | | 200,372.81 |
| | | | |
| **Property and Equipment** | | | |
| | | | |
| Total Property and Equipment | | | 0.00 |
| | | | |
| **Other Assets** | | | |
| Deposits | | (154,860.00) | |
| | | | |
| Total Other Assets | | | (154,860.00) |
| | | | |
| Total Assets | | $ | 45,512.81 |

## LIABILITIES AND CAPITAL

| | | | |
|---|---|---|---|
| **Current Liabilities** | | | |
| Accounts Payable | $ | 87,845.79 | |
| Sales Tax Payable | | 474.83 | |
| Wages Payable | | (85,341.42) | |
| Garnishments Payable | | (269.18) | |
| Accrued Interest Payable | | (1,000.00) | |
| IT | | (800.00) | |
| | | | |
| Total Current Liabilities | | | 910.02 |
| | | | |
| **Long-Term Liabilities** | | | |
| Notes Payable-Noncurrent | | (1,000.00) | |
| | | | |
| Total Long-Term Liabilities | | | (1,000.00) |
| | | | |
| Total Liabilities | | | (89.98) |
| | | | |
| **Capital** | | | |
| Retained Earnings | | (29,763.75) | |
| Net Income | | 75,366.54 | |
| | | | |
| Total Capital | | | 45,602.79 |
| | | | |
| Total Liabilities & Capital | | $ | 45,512.81 |

Unaudited - For Management Purposes Only